UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIFE WIN, INC., et al.,

    **Plaintiffs,**

vs.                                                Case No. 8:12-cv-119-T-27MAP

BRIAN FORTE, et al.,

    **Defendants.**
_____/

## ORDER

On July 30, 2012, Plaintiffs' counsel was permitted to withdraw, and all parties were directed to appear at a status conference before Magistrate Judge Pizzo (Dkt. 95). Because Plaintiffs are artificial entities who cannot proceed *pro se* and must be represented by counsel, Plaintiffs were instructed to obtain new counsel within 20 days. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); Local Rule 2.03(e). Plaintiffs failed to appear at the status conference, and they did not file a notice of appearance through new counsel.

Plaintiffs did file a *pro se* motion for an extension of time, which was stricken because it was not filed through counsel (Dkt. 105). Plaintiffs were again instructed to obtain counsel and to appear at a status conference on September 5, 2012. Plaintiffs were warned that failure to appear through counsel would result in the dismissal of this action for lack of prosecution. Notwithstanding, Plaintiffs failed to appear at the scheduled status conference.

One hour before the status conference, Lobo Capital Partners, LLC filed a motion to intervene (Dkt. 111). As stated on the record, Plaintiffs have not pursued their claims, and the interests of judicial economy would not be served by allowing Lobo Capital Partners to intervene in this action. Further, there has been no showing of prejudice because, as Lobo Capital Partners

acknowledges, their claims can be pursued in a separate action.

Accordingly, for the reasons stated on the record, the motion to intervene (Dkt. 111) is DENIED without prejudice to filing a separate action. Because Plaintiffs failed to obtain new counsel, as required by Eleventh Circuit precedent and Local Rule 2.03(e), this cause is DISMISSED without prejudice for lack of prosecution. All pending motions are DENIED as moot. The clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 5th day of September, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiffs; Counsel of Record